```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff
```

FILED

JAN 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY D. LOMBARDI, et al.,<br><br>    Defendant. | No. 4-06-70805 WDB<br><br>[~~PROPOSED~~] ORDER EXTENDING PRELIMINARY HEARING DATE FOR DEFENDANT EBONY L. ALLEN TO JAN. 10, 2006 at 10:00 a.m. |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Ebony L. Allen to January 10, 2006 at 10:00 a.m. before the Honorable Wayne D. Brazil. Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current January 4, 2006 preliminary hearing date.

///
///  cc: WDB's Stats, Copy to parties via ECF
///
///

1  The Court finds that, taking into account the public interest in the prompt disposition of
2  criminal cases, these grounds are good cause for extending the time limits for a preliminary
3  hearing under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED: 12/20/06

HILARY FOX
Attorney for Defendant

DATED: _____

KESLIE STEWART
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/3/07

WAYNE D. BRAZIL
United States Magistrate Judge

2